**FILED**

DEC 3 1 2014

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF ILLINOIS

ANTHONY SINGLETON,
          Petitioner,

    v.

Case No.: 14-1430-DRH

JEFFREY S. WALTON, Warden USP Marion,
          Respondent,

PETITION UNDER 28 U.S.C. § 2241.
FOR A WRIT OF HABEAS CORPUS
BY A PERSON IN FEDERAL CUSTODY

### JURISDICTIONAL STATEMENT

1. This Court has jurisdiction pursuant to Title 28 U.S.C. § 2241., to provide relief from a commitment which violates the constitutional rights of a prisoner in custody, and violations of the laws of the United States.

### PARTIES

2. The Petitioner, ANTHONY SINGLETON, is now in the custody of JEFFERY S. WALTON, Warden of the United States Penitentiary Marion, located in Marion Illinois, for a violation of supervised release from the United States District Court, Northern District of Illinois.

3. The Respondent, JEFFREY S. WALTON, is the Warden of the United States Penitentiary Marion, located in Marion, Illinois.

### EXHAUSTION OF ADMINISTRATIVE REMEDIES

4. The Petitioner has attempted to obtain an administrative remedy for the effects of criminal violation(s) of law by Respondent and employees of Respondent via the agency's administrative remedy program, demanding the right to equal protection under the laws of the United States. However, Respondent has engaged in intentional avoidances supported by delusive responses to defeat the application of the Internal Revenue Code. And Petitioner has no other adequate remedy other than a habeas corpus relief to enforce Petitioner's right to equal protection under the laws of the United States.

-1-

14-1430-DRH

5. The Petitioner was committed to the Federal Bureau of Prisons by an order
ROBERT M. DOW, JR., dba, United States District Court Judge, to a term of (36)
months for a violation of supervised release provisions.

6. The Petitioner is serving the sentence at the United States Penitentiary
Marion, located in Marion, Illinois.

7. The Respondent, JEFFREY S. WALTON, is the chief administrative officer, i.e.,
(Warden), of the United States Penitentiary Marion.

8. The Petitioner is confined within a maximum security unit within the United
States Penitentiary Marion entitled "Communications Management Unit", hereafter
(CMU).

9. The CMU is a federally unregulated program which purports to provide special
security needs for federal prisoners deemed to pose a threat to the public.

10. The CMU is predominated with inmates with affilations with alleged terrorist
groups.

11. Petitioner has no affiliations with any alleged terrorist group or other
anti government associations, religious or otherwise political threat.

12. The Petitioner has not volunteered to participate in any federally unregu-
lated experimental programs which authorize the confiscation of mail, inspection
of confidential correspondence, or restriction of communications.

13. The Petitioner has viewed files which indicate he is a program participant
of the CMU program.

14. That any document which alleges Petitioner has authorized the inspections,
disclosures, and confiscations of confidential correspondence is a false document,
as Petitioner has not knowingly or intelligently consented to inspections,
disclosures, and confiscations of confidential correspondence.

15. That the Respondent, and Federal Bureau of Prison employees under direction
of JEFFREY S. WALTON, have inspected, disclosed, and confiscated confidential
Department of the Treasury correspondence related to a Closing Agreement forwarded
to Petitioner from the Department of the Treasury to facilitate the payment of
federal taxes, and filed false statements to support the forcible taking of a
Department of the Treasury payment voucher assigned to ANTHONY SINGLETON HALL.

-2-

16. That the Respondent's authorizing of Federal Bureau of Prison personnel to examine and confiscate correspondence forwarded to Petitioner from the Department of the Treasury violates Federal Bureau of Prisons Mail Management Manual on the handling of confidential mail containing Department of the Treasury issued financial instruments, tax payment receipts, closing agreements, and background information associated with closing agreements, in violation of Title 26 USCS §6103.(a)(1), §6311., §7213.(a)(1), §7213A.(a)(1)(A)(B).

17. That Respondent JEFFREY S. WALTON, by and through Federal Bureau of Prison employees and contract agents have seized a Department of the Treasury payment voucher and Closing Agreement authorization forwarded to ANTHONY SINGLETON HALL, from the Department of the Treasury, and falsified documents relating to the payment voucher's and Closing Agreement authorization's return to sender, in violation of Title 26 USCS §7206.(3),(4)(5)(B), §7214.(1)(4)(5).

18. That Respondent and other Federal Bureau of Prison personnel at USP Marion have willfully and intentionally seized from Petitioner Return Information, and Department of the Treasury transcripts of internal revenue transactions, and Internal Revenue Service assigned identification numbers for reporting special-ized transactions, and other confidential commercial information under fraudulent pretenses of said Department of the Treasury and Internal Revenue Service generated documents are illegal for the purpose of obstructing the due administration of the Internal Revenue Code, in violation of Title 26 USCS §7206.(3),(4),(5)(B).

19. That Respondent JEFFREY S. WALTON, is not authorized by Title 26 USCS §6103. et seq. provisions, the Department of the Treasury, the Internal Revenue Service, or any statute of the United States to provide for Federal Bureau of Prisons employees to violate Title 26 USCS §6103.(a)(1), §7206.(3),(4),(5)(B).

20. That all of Petitioner's efforts to report the criminal violations of Title 26 USCS §6103.(a)(1), §7206.(4),(5)(B), to the law enforcement divisions of the Department of the Treasury FinCEN and Internal Revenue Service CID have been obstructed by CMU personnel under the authority of Respondent, JEFFREY S. WALTON.

21. That Petitioner has filed numerous complaints via the Federal Bureau of Prisons administrative remedies procedures, (See attached FBOP Administrative Remedy Forms BP-8, BP-9, BP-10, BP-11,) complaining of the criminal acts described, to which all such requests have been met with furtive responses for an intentional avoid-ance of law, in violation of Title 26 USCS §7214.(a)(3)(7)(8).

-3-

22. The Respondent and Federal Bureau of Prison employees operating under the auspices of Communications Management Unit Program have conspired with each other to hide the theft of a United States Treasury issued payment voucher and background information associated with a Closing Agreement intended for payment into a Qualified Settlement Fund maintained in the name of ROBERT M. DOW, JR., and the United States District Court for the Northern District of Illinois, in violation of Title 26 USCS §7206.(4),(5)(B), §7214.(a)(1),(4),(5).

23. The Respondent and Federal Bureau of Prison employees operating under the auspices of Communication Management Unit Program have conspired with each other to prevent the forwarding of qualified payment to the Internal Revenue Service by ANTHONY SINGLETON HALL, so as to prevent the closing of a designated settlement fund account maintained in the name of ROBERT M. DOW, JR., under United States District Court, NDIL, Case Number 03-cr-0175, in violation of Title 26 USCS § 7206.(4),(5)(B), §7214.(a)(1),(4),(5),(6),(7).

24. The Respondent, JEFFREY S. WALTON, has authorized Federal Bureau of Prison employees operating under auspices of Communication Management Program to inflict psychological pains and suffering upon Petitioner for acts of compliance with the Department of the Treasury Internal Revenue policies and procedures for paying debts owed under federal law, i.e., (extensive communication deprivations with family, extensive periods of isolation, and constant threats of reprisals).

25. The conditions of special confinement and inhumane treatment for acts deemed lawful United States Department of the Treasury procedures for the satisfying payment for debts created in the name of Petitioner are a matter of Federal Bureau of Prison records, which are supported with false statements written by Federal Bureau of Prison employees not authorized to make legal determinations concerning Department of the Treasury Internal Revenue regulations and authorized procedures. And that said determinations supported with false statements filed by Federal Bureau of Prison employees under authority of Respondent, JEFFREY S. WALTON, have been, and are currently being utilized to inflict cruel and unusual punishments upon Petitioner for complying with the internal revenue law.

26. Petitioner has exhausted every available administrative remedy offered by the Federal Bureau of Prisons administrative remedy procedures, only to be denied so as to avoid admission of criminal violations of law by Federal Bureau of Prison employees CMU personnel.

-4-

## SUMMARY

27. This petition which is supported by the affidavit of **Anthony Singleton-El,** and one of several attempts to obtain an administrative remedy from the Federal Bureau of Prisons for the unauthorized confiscation(s) of IRS Return Information, (See FBOP Administrative Remedy Forms BP-8, BP-9, BP-10, BP-11) and evidence criminal violations of the laws of the United States. Petitioner's notice via FBOP administrative remedy procedures reasonably informed Respondent of the criminal consequences for actions willfully committed by Federal Bureau of Prisons CMU staff and associated contract agents. However, Respondent and CMU personnel acting under authority of Respondent has dismissed the right of Petitioner's confidentiality in his relationship with the United States Secretary of the Treasury, Department of the Treasury, and Internal Revenue Service, and the privacy of all records exchanged between them. All while being completely informed of clearance provisions of Title 26 USCS §6103. et seq., exceptions of confidentiality of Return Information, however, disregarded.

28. Respondent has never attempted to obtain proper authorization to act in the manner demonstrated within this petition, and seems to consider their acts in defiance of the law without recourse, and the Internal Revenue Code void and inconsequential. Notwithstanding, Respondent seems to think that the Federal Bureau of Prisons CMU program authorizes the psychological torturing of the Petitioner for his compliance with the internal revenue law. Respondent knowingly has inserted himself by and through the CMU personnel and contract agents into the private tax matters of **ANTHONY SINGLETON HALL,** and taken it upon themselves to make legal determinations about tax transactions records as a pretext to inflict unusual pains and sufferings upon Petitioner, in violation of the Eighth Amendment, and the Equal Protection of the Laws provision of the Fourteenth Amendment of the United State Constitution.

29. Petitioner has exhausted several administrative remedy procedures provided by the Federal Bureau of Prisons, which have been surreptitiously dismissed without just cause. While Respondent and the CMU personnel have taken the remdy refusals as a confirmation of authorization to violate the law, and continue to inflict psychological pains and steal property forwarded to Petitioner with impunity. Utilizing the Court Security Improvement Act as a shield for violating the Internal Revenue Code and the United States Constitution.

30. Whereas this petition has identified criminal violation(s) of Title 26 USCS §6103.(a)(1), §7206.(3),(5)(B), §7213.(a)(1), §7213A.(a)(1)(A), §7214.(a)(1)(2) (3)(4)(5)(7)(8), as testified with the affidavit of **Anthony Singleton-El,** with proof of exhaustion of administrative remedy for the confiscations of Return Information by Federal Bureau of Prison employees, Petitioner requests for this Court to provide the following relief for violations of Petitioner's rights under the Eighth and Fourteenth Amendment's Equal Protection clause;

**A.** This Court issue a writ of habeas corpus directed to Respondent, **JEFFREY S. WALTON,** Commanding him to produce the body **ANTHONY SINGLETON, USM# 94408-024,** before this Court at a time and place specified in the writ;

**B.** This Court conduct a hearing on the rights of Petitioner under Title 26 USCS §6103.(a) et seq., and §7121., and the criminality a Respondent's actions under the Internal Revenue Code;

**C.** This Court issue an Order which directs Respondent to immediately return all confidential return information, background information related to the Closing Agreement, Closing Agreements, and Department of the Treasury payment voucher confiscated by Federal Bureau of Prison CMU personnel without any reprisals;

**D.** This Court issue a Cease and Desist Order directing Respondent and all other Federal Bureau of Prisons personnel and United States Marshals Service to cease and desist from examininations, disclosing, confiscating, and destroying the Petitioner's Department of the Treasury Internal Revenue Service records and associated Return Information;

**E.** This Court issue a Order directing Respondent to remove Petitioner from the federally unregulated Communications Management Unit, and remove any further communication restrictions which prevent the compliance with the Department of the Treasury Regulations and the Internal Revenue Code's transactional reporting requirements, for being violative of the Equal Protection of the Laws clause of the Fourteenth Amendment;

**F.** And any further relief that this Court deems appropiate under the circumstances reported and the laws of the United States;

Dated; **December 22nd, 2014**          **ANTHONY SINGLETON**
                                                                    Petitioner

I, **ANTHONY SINGLETON,** Petitioner, declares under penalty of perjury that every statement of fact contained within this petition for a writ of habeas corpus pursuant to Title 28 U.S.C. §2241, is true and correct to the best of my first hand knowlege and belief.

**ANTHONY SINGLETON**

-6-

Williamson County )
                 )
                 )  ss
State of Illinois )

### DECLARATION OF
### Anthony Singleton-El
### AFFIDAVIT

I Anthony Singleton-El, being of legal age and sound mind  hereby makes this
Declaration/Affidavit in support of a Habeas Corpus petition pursuant to Title
28 USCS § 2241, and declare under the penalty of perjury that each and every
matter stated herein is true and correct, and state the following;

1. That I, **Anthony Singleton-El,** have prepared this declaration upon having
first hand information to all of the facts stated herein.

2. That I, **Anthony Singleton-El,** am the registered principal of the taxpayer
entity, **ANTHONY SINGLETON HALL, TIN #94408024.**

3. That I am being detained by the Federal Bureau of prisons under the  Nom de
Guerre, **ANTHONY SINGLETON, USM #94408-024,** by a Order of **ROBERT M. DOW, JR.,**
dba, United States District Court Judge, for a violation of terms of a supervised
release.

4. That I am currently in the custody of **JEFFREY S. WALTON,** Warden, at the
United States Penitentiary Marion located in Marion, Illinois.

5. That I am housed within a maximum security unit within the United States
Penitentiary Marion entitled the Communications Management Unit.

6. That the Communications Management Unit has restricted my correspondence
with family, the Internal Revenue Service, Department of the Treasury, and
the law enforcement divisions of the Internal Revenue Service/ Department of
the Treasury.

7. That I have contracted with the United States Secretary of the Treasury to
make qualified payments into a designated settlement fund maintained in the
name of **ROBERT M. DOW, JR.,** for facilitating the closing of the account
pursuant to Title 26 USCS §7121 of the Internal Revenue Code.

-1-

8. That I have directed qualified payments to be made into the designated settlement fund maintained in the name of ROBERT M. DOW, JR., and managed by the clerk of the United States District Court for the Northern District of Illinois under Case Number #03-cr-0175.

9. That qualified payments were made utilizing a pass-through account assigned to ANTHONY SINGLETON HALL, TIN #336465461, pursuant to a statutory provision established with Title 26 USCS §7121.

10. That I am listed with the Department of the Treasury/ Internal Revenue Service as the registered principal of the pass-through account assigned to ANTHONY SINGLETON HALL, TIN #336465461.

11. That background information associated with a Closing Agreement, and a Department of the Treasury Internal Revenue Service payment voucher was forwarded to ANTHONY SINGLETON HALL, to facilitate the payment of a federal tax.

12. That the background information associated with the Closing Agreement, a copy of the Closing Agreement, and Department of the Treasury inssued payment voucher was mailed to ANTHONY SINGLETON #94408-024, via United States Postal Service Registered Mail at USP Marion in an envelope clearly marked "Legal Mail".

13. That the background information, Closing Agreement, and Department of the Treasury issued payment voucher was examined, and disclosed by Federal Bureau of Prison employees absent consent or authorization from the Department of the Treasury, Internal Revenue Service, or any judicial authority authorized to convey authority to Federal Bureau of Prison employees to examine and make disclosures of the Return Information and Department of the Treasury issued payment voucher.

14. That Federal Bureau of Prison employees confiscated the background information, Closing Agreement, and Department of the Treasury payment voucher.

15. That I caused several administrative complaints to be filed with the Federal Bureau of Prisons via the agency's administrative remedy procedures.

16. That JEFFREY S. WALTON, and employees under his direction have filed false statements concerning the confiscation(s) of the Department of the Treasury issued payment voucher forwarded to ANTHONY SINGLETON #94408-024.

-2-

17. That JEFFREY S. WALTON, by and through employees under his direction have confiscated Department of the Treasury correspondence containing Closing Agreements, tax payment receipts, Department of the Treasury transcripts of administrative proceedings, U.S. District Court records, Internal Revenue Service correspondence, and an assortment of Internal Revenue Service documents forwarded to the taxpayer ANTHONY SINGLETON HALL, by the IRS to facilitate the payment of federal taxes, absent consent from affiant.

18. That affiant has been physically and psychologically abused by Federal Bureau of Prisons employees under the direction of JEFFREY S. WALTON, for his attempts to comply with the internal revenue laws transactional reporting requirements and payment of federal taxes.

19. That Federal Bureau of Prison employees under the direction of JEFFREY S. WALTON, have intentionally falsified documents and mischaracterized events associated with the payment of federal taxes by ANTHONY SINGLETON HALL, absent legal qualifications or authorization as a pretext to inflict pyschological and physical abuses upon affiant, under auspices of Federal Bureau of Prison policy.

20. That Federal Bureau of Prison employees under the direction of JEFFREY S. WALTON, have engaged in various subterfuges designed to avoid detection of the theft of mail forwarded from the Department of the Treasury to facilitate the payment of federal taxes.

21. That the theft of mail by Federal Bureau of Prison employees under the direction of JEFFREY S. WALTON, is intended to obstruct and impede the due administration of the Internal Revenue Code and payment of federal taxes.

22. That Federal Bureau of Prison employees under the direction of JEFFREY S. WALTON, continuously engage in unauthorized examinations, disclosures and confiscations of Return Information forwarded to ANTHONY SINGLETON HALL, from the Department of the Treasury, Internal Revenue Service, and United States District Court for the transactional reporting requirements of the Internal Revenue Code, and qualified payments of federal taxes.

23. That Federal Bureau of Prison employees under the direction of JEFFREY S. WALTON, are operating a criminal enterprise that is engaged in a pattern and practice of criminal violations of Title 26 USCS §6103.(a)(1), §7206.(3),(5) (B), §7213.(a)(1), §7213A.(a)(1)(A), §§7214.(a)(1)(2)(3)(4)(5)(7)(8).

-3-

I, **Anthony Singleton-El,** upon having firsthand information concerning all of the statements herein, hereby declares under penalty of perjury of the laws of the United States that the foregoing Declaration/Affidavit is true and correct. I have executed this Declaration/Affidavit on this _21st_ of December, in the county of Williamson in the State of Illinois.

_____
Affiant

In Care Of;

ANTHONY SINGLETON #94408-024
UNITED STATES PENITENTIARY MARION
COMMUNICATIONS MANAGEMENT UNIT
P.O. BOX #1000
MARION, IL 62959

Subscribed and sworn before me; _____ ,
Jack Warren

Subscribed and sworn before me; _____ ,
James Turner

Subscrided and sworn before me; _____ ,
Scott Rendelman

-4-

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: OCTOBER 9, 2014

*Re Rodgeu, setira*

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : ANTHONY SINGLETON, 94408-024
      MARION USP   UNT: I   QTR: I04-017L
      P.O. BOX 2000
      MARION, IL 62959


FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 792471-A1      CENTRAL OFFICE APPEAL
DATE RECEIVED  : SEPTEMBER 19, 2014
SUBJECT 1      : OTHER COMPLAINT AGAINST STAFF
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: YOU SUBMITTED YOUR REQUEST OR APPEAL TO THE
                 WRONG LEVEL.  YOU SHOULD HAVE FILED AT THE
                 INSTITUTION,   REGIONAL OFFICE, OR CENTRAL
                 OFFICE LEVEL.

REJECT REASON 2: YOU MUST FIRST FILE A BP-9 REQUEST THROUGH THE INSTITUTION
                 FOR THE WARDEN'S REVIEW AND RESPONSE BEFORE FILING AN APPEAL
                 AT THIS LEVEL.

REJECT REASON 3: SEE REMARKS.

REMARKS        : FILE YOUR ~~APPEAL~~ TO THE INSTITUTION FIRST.
                   *1 REQUEST*



# Central Office Administrative Remedy Appeal

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: __SINGLETON; ANTHONY__    __94408-024__    __CMU__    __USP MARION__

       LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.       UNIT       INSTITUTION

## Part A - REASON FOR APPEAL

THE INSTITUTION'S REFUSAL TO PROVIDE INMATE A OPPORTUNITY FOR AN ADMINISTRATIVE REMEDY, AND THE REGIONAL DIRECTOR'S DISREGARD FOR THE PRISONER'S RIGHT TO DUE PROCESS OF AN ADMINISTRATIVE REMEDY FOR THE THREATS AND INTIMIDATION TACTICS EMPLOYED BY THE COMMUNICATIONS MANAGEMENT UNIT, INTENDED TO DISCOURAGE THE TAXPAYER FROM COMPLYING WITH THE INTERNAL REVENUE LAW. WHEREIN CMU STAFF ROUTINELY CONFISCATE DEPARTMENT OF TREASURY AND INTERNAL REVENUE CORRESPONDENCE WITHOUT BEING PROVIDED THE REQUISITE AUTHORITY TO DO SO. AND INMATE IS PRESENTLY BEING THREATENED WITH OTHER DISCIPLINARY PUNISHMENTS TO SERVE AS A DETERRENT FROM SEEKING A DEPARTMENT OF THE TREASURY INVESTIGATION INTO THE FORCIBLE TAKING OF A DEPARTMENT OF TREASURY BOND BY CMU EMPLOYESS. SAID BOND WAS ACCOMPANIED WITH OTHER DEPARTMENT OF TREASURY INTERNAL REVENUE RETURN INFORMATION TO FACILITATE THE PAYMENT OF FEDERAL TAXES. AND THAT THE INSPECTION, DISCLOSURES, AND CONFISCATION OF THE RETURN INFORMATION AND TAX PAYMENT INSTRUMENT VIOLATES Title 26 USCS §§ 6103.(a)(1),(b)(2)(A)(D), 7212.(a), 7213.(a)(1), 7213A.(a)(1). NOTWITHSTANDING, THE THREATS AND USE OF FORCE AND VIOLENCE AGAINST THE TAXPAYER CONSTITUTES VIOLATION(S) OF §7214.(a)(1), i.e., (Willful Oppression under color of Bureau of Prison Policy) AND (Extortion) WITHIN THE MEANING THEREOF FOR THE CONFISCATION OF THE TREASURY BOND ABSENT AUTHORIZATION.

__09/09/2014__    "Without Prejudice"    _[signature]_

    DATE                    SIGNATURE OF REQUESTER

## Part B - RESPONSE

RECEIVED

SEP 1 9 2014

Administrative Remedy Office
Federal Bureau of Prisons

_____              GENERAL COUNSEL

    DATE

ORIGINAL: RETURN TO INMATE             CASE NUMBER: __792971__

## Part C - RECEIPT

                                 CASE NUMBER: _____

Return to: _____

       LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.       UNIT       INSTITUTION

SUBJECT: _____

    DATE                    SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

UPN LVN    PRINTED ON RECYCLED PAPER                 BP-231(13)
                                             JUNE 2002

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: SEPTEMBER 3, 2014

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTH CENTRAL REGIONAL OFFICE

TO  : ANTHONY SINGLETON, 94408-024
      MARION USP    UNT: I    QTR: I04-017L
      P.O. BOX 2000
      MARION, IL 62959

FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID     : 792471-R1      REGIONAL APPEAL
DATE RECEIVED : SEPTEMBER 2, 2014
SUBJECT 1     : OTHER COMPLAINT AGAINST STAFF
SUBJECT 2     :
INCIDENT RPT NO:

REJECT REASON 1: YOU MUST FIRST FILE A BP-9 REQUEST THROUGH THE INSTITUTION
                 FOR THE WARDEN'S REVIEW AND RESPONSE BEFORE FILING AN APPEAL
                 AT THIS LEVEL.

REJECT REASON 2: YOU DID NOT PROVIDE A COPY OF YOUR   INSTITUTION
                 ADMINISTRATIVE REMEDY REQUEST (BP-9) FORM OR   A COPY
                 OF THE (BP-09) RESPONSE FROM THE WARDEN.

REJECT REASON 3: YOU MAY RESUBMIT YOUR APPEAL IN PROPER FORM WITHIN
                 10 DAYS OF THE DATE OF THIS REJECTION NOTICE.



Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

| From: | SINGLETON; ANTHONY | 94408-024 | CMU | USP MARION |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A - REASON FOR APPEAL**

THE DENIAL TO PROVIDE AN ADMINISTRATIVE REMEDY ON THE INSTITUTIONAL LEVEL. WHEREIN, ON 08/19/2014, INMATE SOUGHT TO OBTAIN AN ADMINISTRATIVE REMEDY BY FILING AN INFORMAL RESOLUTION FORM BP-8, WITH THE CMU UNIT TEAM, (See Attached Informal Resolution Form BP-8). HOWEVER, INMATE WAS TOLD BY THE CMU UNIT TEAM ON 08/26/2014, THAT HE WOULD NOT BE PROVIDED A RESPONSE TO THE COMPLAINT, NOR BE PROVIDED WITH A STANDARD FORM BP-9 REGARDING THE THREATS MADE BY CMU STAFF HENRY RIVAS, TO INMATE ON 08/14/2014, IN AN ATTEMPT TO INTIMIDATE INMATE FROM COMPLYING WITH THE INTERNAL REVENUE LAW, AND SEEKING REGULATORY SUBSTANTIATION REGARDING THE NON-COMPLIANCE WITH THE MAIL MANAGEMENT MANUAL MANDATORY FILING OF FBOP FORM (BP-A0328) WITH RESPECT TO A NEGOTIABLE INSTRUMENT, i.e. (U.S. Treasury Bond), WHICH WAS REPORTED AS BEING RETURNED TO SENDER. CMU STAFF HENRY RIVAS, HAS AND CONTINUES TO INTERFERE WITH ANY REPORTING OF CRIMES TO THE DEPARTMENT OF THE TREASURY OR THE INTERNAL REVENUE SERVICE THROUGH MAIL TAMPERING INTERVENTIONS, AND INMATE HAS NO OTHER PLAIN OR ADEQUATE REMEDY ON THE INSTITUTIONAL LEVEL ON ACCOUNT OF THE OVERT CONNIVANCE OF THE EXECUTIVE STAFF IN THE VIOLATION(S) OF THE TREASURY & INTERNAL REVENUE LAWS. AND THAT THE CONTINUOUS THREATS OF CRIMINAL PROSECUTION FOR ATTEMPTS TO PAY FEDERAL TAXES CONSTITUTES A WILLFUL INTERFER- ENCE, INTIMIDATION, HARASSMENT, AND ABUSE OF INMATE, IN VIOLATION OF THE INTERNAL REVENUE LAW.

| 08/27/2014 | "Without Prejudice" | _(signature)_ |
|---|---|---|
| DATE | | SIGNATURE OF REQUESTER |

**Part B - RESPONSE**

RECEIVED
SEP 0 2 2014
REGIONAL DIRECTOR'S OFFICE
NORTH CENTRAL REGION

| DATE | | REGIONAL DIRECTOR |
|---|---|---|

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE          CASE NUMBER: 792471-R1

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____

| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |
|---|---|---|---|---|

SUBJECT: _____

| DATE | | SIGNATURE, RECIPIENT OF REGIONAL APPEAL |
|---|---|---|

UPN LVN                PRINTED ON RECYCLED PAPER

BP-230(13)
JUNE 2002

# Administrative Remedy - Informal Resolution
# Marion, Illinois

Inmate's Name: A. SINGLETON    Reg. No. 94408-024    Unit: CMU    Date: 08/19/2014

NOTICE: You are advised that prior to filing a Request for Administrative Remedy [BP-9], you **MUST** attempt to informally resolve your complaint through your counselor. Please follow the three (3) steps listed below.

1. State your specific complaint: Threats made by CMU Staff Member HENRY RIVAS, used for intimadating inmate from complying with the Internal Revenue law. Who has verbally insisted that I have conspired with the Department of the Treasury to commit criminal acts, and am on the verge of being criminally prosecuted for my compliance with the internal revenue laws. Date of incident; 08/14/2014 Witnesses; Case Manager Burgess, Unit Manager Ms. Byram

2. State what efforts you have made to informally resolve your complaint: Demanding to know in writing what internal law is being violated.

3. State what resolution you request: A reporting of the intimidation and confiscations of all Department of Treasury and Internal Revenue Service correspondence which have been stolen.

Inmate's Signature: _(signature)_    Date: 08/20/2014

"Without Prejudice"

4. Correctional Counselor's Comments (Steps to Resolve): STAFF are unable to determine what you are requesting, please submit with more information

Counselor's Signature: _____    Date: _____

Unit Manager's Review: _____    Date: _____

| | Received by Counselor from inmate | Attempted informal with inmate by Counselor | BP-9 given to inmate | BP-9 Delivered to Admin. Remedy Clerk |
|---|---|---|---|---|
| Date 8-18-14 | | | | |
| Time | | | | |
| Counselor | | | | |

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: OCTOBER 21, 2014

*ReRodgeu, Aerinlo*

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : ANTHONY SINGLETON, 94408-024
      MARION USP    UNT: I    QTR: I04-017L
      P.O. BOX 2000
      MARION,  IL 62959


FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 790124-A1      CENTRAL OFFICE APPEAL
DATE RECEIVED   : SEPTEMBER 9, 2014
SUBJECT 1       : OTHER MAIL COMPLAINTS
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: YOUR REQUEST IS UNTIMELY.  INSTITUTION AND CCC REQUESTS
                 (BP-09) MUST BE RECEIVED W/20 DAYS OF THE EVENT COMPLAINED
                 ABOUT.

REJECT REASON 2: YOU SUBMITTED YOUR REQUEST OR APPEAL TO THE
                 WRONG LEVEL.  YOU SHOULD HAVE FILED AT THE
                 INSTITUTION,   REGIONAL OFFICE, OR  CENTRAL
                 OFFICE LEVEL.

REJECT REASON 3: SEE REMARKS.

REMARKS         : YOU WILL HAVE TO OBTAIN A STAFF MEMO STATING THE
                  REASON FOR YOUR UNTIMELINESS & RESUBMIT YOUR APPEAL
                  TO THE INSTITUTION FOR REVIEW AND RESPONSE.

# Central Office Administrative Remedy Appeal

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

| From: | SINGLETON; ANTHONY | 94408-024 | CMU | USP MARION |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A - REASON FOR APPEAL**

THE REGIONAL DIRECTOR'S CONNIVANCE CONCERNING THE USP MARION'S MAIL ROOM OFFICER'S NON-COMPLIANCE WITH THE FEDERAL BUREAU OF PRISONS MAIL MANAGEMENT MANUAL REQUIREMENT TO FILE A FORM (BP-A0328) WITHIN THE INMATE'S CENTRAL FILE EVIDENCING THE RETURN TO SENDER A UNITED STATES TREASURY BOND VALUED AT $250,000,000.00. SAID TREASURY BOND WAS RECEIVED BY THE USP MARION'S MAIL ROOM ON 02/26/2014 VIA USPS REGISTERED MAIL IN AN ENVELOPE MARKED "LEGAL MAIL", AND CONTAINED A UNOPENED LETTER FORWARDED FROM THE DEPARTMENT OF THE TREASURY CONTAINING A PAYMENT VOUCHER AND OTHER DOCUMENTS RELATED TO A Title 26 USCS § 7121. "Confidential Closing Agreement". THE CONTENTS OF THE TREASURY CORRESPONDENCE WAS EXAMINED ABSENT AUTHORIZATION AS REQUIRED WITH Title 26 USCS §6103.(a)(1),(b)(2)(A)(D), AND DISCLOSED TO UNKNOWN PERSONNEL OPERATING UNDER THE AUSPICES OF "COUNTER TERRORISM UNIT". WHEREAS, THE TREASURY BOND WAS CONVEYED BY THE DEPARTMENT OF THE TREASURY TO FACILITATE THE PAYMENT OF FEDERAL TAXES, THE TREASURY DOCUMENTS ARE NEGOTIABLE INSTRUMENTS AND WERE NOT RETURNED TO THE SENDER PURSUANT TO THE BUREAU OF PRISONS MAIL MANAGEMENT MANUAL AS WAS MENDACIOUSLY REPORTED BY THE PRISON STAFF. WHEREFORE, THIS DOCUMENT HAS BEEN PREPARED FOR THE EXHAUSTION OF ADMINISTRATIVE REMEDIES REGARDING VIOLATION(S) OF Title 26 USCS §7212.(a), §7213.(a)(1), §7213A.(a)(1), §7214.(a)(1)(3)(4)(5)(7), SO AS TO EFFECT A DEPARTMENT OF THE TREASURY ENFORCEMENT OF THE INTERNAL REVENUE CODE.

| 08/29/2014 | "Without Prejudice" | |
|---|---|---|
| DATE | | SIGNATURE OF REQUESTER |

**Part B - RESPONSE**

RECEIVED

SEP 09 2014

Administrative Remedy Office
Federal Bureau of Prisons

| DATE | | GENERAL COUNSEL |
|---|---|---|
| ORIGINAL: RETURN TO INMATE | | CASE NUMBER: 790184 |

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____

| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |
|---|---|---|---|

SUBJECT: _____ WTF

| DATE | SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL |
|---|---|

UPN LVN

PRINTED ON RECYCLED PAPER

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: AUGUST 21, 2014

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTH CENTRAL REGIONAL OFFICE

TO  : ANTHONY SINGLETON, 94408-024
      MARION USP    UNT: I    QTR: I04-017L
      P.O. BOX 2000
      MARION, IL 62959

FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID      : 790124-R1       REGIONAL APPEAL
DATE RECEIVED  : AUGUST 21, 2014
SUBJECT 1      : OTHER MAIL COMPLAINTS
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: YOUR REQUEST IS UNTIMELY.  INSTITUTION AND CCC REQUESTS
                 (BP-09) MUST BE RECEIVED W/20 DAYS OF THE EVENT COMPLAINED
                 ABOUT.

REJECT REASON 2: YOU DID NOT PROVIDE A COPY OF YOUR   INSTITUTION
                 ADMINISTRATIVE REMEDY REQUEST (BP-9) FORM OR   A COPY
                 OF THE (BP-09) RESPONSE FROM THE WARDEN.

REJECT REASON 3: YOU MAY RESUBMIT YOUR APPEAL IN PROPER FORM WITHIN
                 15 DAYS OF THE DATE OF THIS REJECTION NOTICE.

REMARKS        : PLEASE PROVIDE THE WARDEN'S RESPONSE TO 790124-F1
                 TO DETERMINE TIMELINESS OF YOUR APPEAL.

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: SINGLETON; ANTHONY      94408-024      CMU      USP MARION
       LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

**Part A - REASON FOR APPEAL**

THE OVERT ACT OF CONNIVANCE CONCERNING THE THEFT OF THE UNITED STATES TREASURY BOND CAUSED TO BE DELIVERED TO ANTHONY SINGLETON HALL, BY THE UNITED STATES DEPARTMENT OF THE TREASURY VIA USPS REGISTERED MAIL. SAID TREASURY BOND WAS FORWARDED VIA REGISTERED MAIL IN AN ENVE-LOPE MARKED "Legal Mail", HOWEVER, THE DEPARTMENT OF TREASURY CORRESPONDENCE WAS EXAMINED IN VIOLATION OF Title 26 USCS §6103.(a).(1), (2)(B), AND CONTENTS VALUED AT $250,000,000.00 WERE STOLEN BY THE MAIL ROOM OFFICER, CURTIS RUNGE. THE INTENDED RECIPIENT OF THE TREASURY CORRESPONDENCE WAS TOLD THE CORRESPONDENCE WAS RETURNED TO THE SENDER. HOWEVER, UPON A RESEARCH OF THE MAIL MANAGEMENT MANUAL MANDATORY PROVISIONS FOR HANDLING BONDS AND OTHER NEGOTIABLE INSTRUMENTS, THE MAIL ROOM OFFICER IS REQUIRED TO FILE A RETURNED TO SENDER FORM (BP-A0328), WHICH A COPY THEREOF IS TO BE PROVIDED TO THE INMATE, AND A COPY IS TO BE INCLUDED WITHIN THE INMATE'S CENTRAL FILE. BUT ULTIMATELY, THE TREASURY BOND WHICH IS REQUISITE TO PAYING DELINQUENT FEDERAL TAXES TO THE INTERNAL REVENUE SERVICE HAS BEEN STOLEN BY THE MAIL ROOM OFFICER, CURTIS RUNGE. AS THE CMU STAFF MEMBERS AND THE WARDEN HAVE DOCUMENTED THE UNITED STATES TREASURY CORRESPONDENCE WAS GIVEN TO THE MAIL ROOM OFFICER FOR RETURNING THE TREASURY BOND TO THE THIRD PARTY SENDER. WHO IN TURN HAS NOT RETURNED THE TREASURY BOND NOR COMPLIED WITH THE MAIL MANAGEMENT MANUAL, i.e., (BP-A0328)

08/15/2014        "Without Prejudice"
_____
DATE            SIGNATURE OF REQUESTER

**Part B - RESPONSE**



RECEIVED
AUG 2 1 2014
REGIONAL DIRECTOR'S OFFICE
NORTH CENTRAL REGION

_____
DATE            REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE           CASE NUMBER: 790124-R1

**Part C - RECEIPT**

          CASE NUMBER: _____

Return to: _____
       LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

_____
DATE            SIGNATURE, RECIPIENT OF REGIONAL APPEAL

DATE: AUGUST 13, 2014


FROM: ADMINISTRATIVE REMEDY COORDINATOR
      MARION USP

TO  : ANTHONY SINGLETON, 94408-024
      MARION USP    UNT: I    QTR: I04-017L
      P.O. BOX 2000
      MARION,  IL 62959


FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID      : 790124-F1       ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED  : AUGUST 13, 2014
SUBJECT 1      : OTHER MAIL COMPLAINTS
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: YOUR REQUEST IS UNTIMELY.  INSTITUTION AND CCC REQUESTS
                 (BP-09) MUST BE RECEIVED W/20 DAYS OF THE EVENT COMPLAINED
                 ABOUT.

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

| From: | SINGLETON; ANTHONY | 94408-024 | CMU | USP MARION |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A- INMATE REQUEST**

THE MAIL ROOM STAFF'S THEFT OF THE UNITED STATES TREASURY BOND WHICH WAS FORWARDED TO
ANTHONY SINGLETON, USM# 94408-024, VIA USPS REGISTERED MAIL ON OR ABOUT FEBRUARY 27TH 2014.
WHEREAS SAID MAIL ROOM STAFF IS REQUIRED TO FILE A BUREAU OF PRISONS FORM BP-A0328 UPON ALL
RETURN TO SENDER BONDS AND OTHER NEGOTIABLE INSTRUMENTS PURSUANT TO THE BUREAU OF PRISONS'
MAIL MANAGEMENT MANUAL, AND ARE TO PROVIDE THE INMATE A COPY OF THE FORM BP-A0328, AND SHALL
INCLUDE THE BP-A0328 COPY WITHIN THE INMATE"S CENTRAL FILE. HOWEVER, THE MAIL ROOM STAFF
HAS NOT FILED THE REQUISITE FORM BP-A0328 IN THE INMATE'S CENTRAL FILE, NOR PROVIDED THE
INMATE WITH A COPY OF THE FORM BP-A0328, AND CANNOT PROVIDE ANY PROOF THAT THE UNITED
STATES TREASURY BOND VALUED AT $250,000,000.00 WAS RETURNED TO THE THIRD PARTY SENDER, OR
THE UNITED STATES TREASURY, OR FORWARDED TO THE INTERNAL REVENUE SERVICE FOR PAYMENT OF
FEDERAL TAXES, WHEREFORE, THIS DOCUMENT AND THE ATTACHED EVIDENTIARY CORRESPONDENCE SHALL
SERVE AS CONFIRMATION OF THE THEFT OF THE UNITED STATES TREASURY BOND FORWARDED FROM THE
UNITED STATES DEPARTMENT OF THE TREASURY FOR RECEIPT BY ANTHONY SINGLETON HALL, WHO'S (*) IS
DETAINED IN THE CUSTODY OF THE BUREAU OF PRISONS UNDER THE NOM DE GUERRE ANTHONY SINGLETON
#94408-024, BY THE MAIL ROOM OFFICER, CURTIS RUNGE, IN VIOLATION OF Title 26 USCS §§ 7212.
(a), 7213.(a)(1), 7213A.(a)(1), 7214.(a)(1)(3)(4)(5)(6)
(*) [Authorized Representative]

| 08/10/2014 | "All Rights Reserved" | |
|---|---|---|
| DATE | | SIGNATURE OF REQUESTER |

**Part B- RESPONSE**

2014 AUG 13 AM 8:19

| DATE | WARDEN OR REGIONAL DIRECTOR |
|---|---|

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE     CASE NUMBER: 790124 - F1

---

CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____
            LAST NAME, FIRST, MIDDLE INITIAL,     REG. NO.     UNIT     INSTITUTION

SUBJECT: 167m  Mail Complaint

| DATE | | RECIPIENT'S SIGNATURE (STAFF MEMBER) |
|---|---|---|

USP LVN                    PRINTED ON RECYCLED PAPER                    BP-229(13)
                                                                       APRIL 1982

# Administrative Remedy - Informal Resolution
## Marion, Illinois

Inmate's Name: **A. SINGLETON**    Reg. No. **94408-024**   Unit: **CMU**   Date: **08/06/2014**

NOTICE: You are advised that prior to filing a Request for Administrative Remedy [BP-9], you **MUST** attempt to informally resolve your complaint through your counselor. Please follow the three (3) steps listed below.

1. State your specific complaint: The Mailroom Staff's non-compliance with the Mail Management Manual's requirement to provide inmate with Form BP-A0328, and or return the United States Treasury Bond via Certified Mail Return Receipt requested. Said United States Treasury Bond was delivered on February 27th 2014 via USPS Registered Mail for intended receipt by ANTHONY SINGLETON, USM #94408-024. However, the United States Treasury Bond was not delivered to the inmate nor returned to the sender in accordance with the Mail Management Manual's mandatory requirement to return the bond via Certified Mail Return Receipt requested, and is presumed stolen.

2. State what efforts you have made to informally resolve your complaint: Demanded to view the Bureau of Prisons Form BP-A0328 associated with the return of the United States Treasury Bond to the sender, which is required to evidence the Certified Mail delivery in accordance with the Mail Management Manual.

3. State what resolution you request: Compensatory and Punitive damages for theft of United States Treasury Bond, pursuant to Title 26 USCS § 7214.(a)(1)(3).

Inmate's Signature: _[signature]_    Date: 08/06/2014
"All Rights Reserved"

4. Correctional Counselor's Comments (Steps to Resolve): This issue was previously addressed through administrative remedy #'s 771878-F1 and 774786. On February 26, 2014, you received a Notice of Returned correspondence. There is no requirement of the Bureau of Prisons to return the mail via registered mail.

Counselor's Signature: _[signature]_    Date: 8/8/14

Unit Manager's Review: _SM_    Date: 8/8/14

| NON COMPLIANCE OF MAIL MANAGEMENT MANUAL | Received by Counselor from inmate | Attempted informal with inmate by Counselor | BP-9 given to inmate | BP-9 Delivered to Admin. Remedy Clerk |
|---|---|---|---|---|
| Date | 8/5/14 | | | | 8/12/14 |
| Time | | | | | |
| Counselor | _[initials]_ | | | | _[initials]_ |

---

FROM: CMU
TO: 94408024
SUBJECT: RE:***Inmate to Staff Message***
DATE: 08/08/2014 02:42:02 PM

When mail is rejected, it is the inmates' responsibility to maintain a copy of the BP-A0328.

>>> ~^l"SINGLETON, ~^lANTHONY" <94408024@inmatemessage.com> 8/1/2014 6:47 PM >>>
To: Mailroom Supervisor/ Curtis Runge
Inmate Work Assignment: Unassigned

Please provide me with a copy of the Form BP-A0328 required to be filed on the institution's determination to return to sender the USPS Registered Mail Article containing a United States Treasury Bond intended for receipt by ANTHONY SINGLETON #94408-024, on February 27, 2014. Any refusal to provide the requisite FBOP Form BP-A0328, shall serve as evidentiary proof of theft of United States Treasury securities by the Mailroom Staff, in violation of Title 26 USCS Section(s) 7212.(a), 7213.(a)(1), 7213A.(a)(1), and 7214.(a)(1)(3)(4)(5)(6), and the criminal penalties associated therefore.

(3) **Received Through the Mail.** <u>Bonds</u> received through the mail are returned to the sender by the Mail Room Officer using a Stamps, Negotiable Instrument & Other Returned to Sender form (BP-A0328) and certified mail <u>return</u> receipt requested (see the Program Statement Mail Management Manual).

© 2014 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

94408024