

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

**JUSTINE FLANAGAN**  
ACTING CLERK OF COURT

TEL: 618.482.9371  
FAX: 618.482.9383

**OFFICE OF THE CLERK**  
**750 MISSOURI AVENUE**  
**EAST ST. LOUIS, ILLINOIS 62201**

December 31, 2014

# NOTIFICATION THAT YOUR COMPLAINT/PETITION HAS BEEN FILED (WITHOUT FEE)

To: Anthony Singleton, 94408-024  
Re: Singleton v Walton  
Case No. 14-1430-DRH

This office has received your complaint/petition and your Motion and Affidavit to Proceed Without Prepaying Fees or Costs. The motion has been submitted to the Court for a ruling. When a decision is reached, a copy of the Order will be mailed to you.

In the future, please forward all motions and other pleadings to the address listed above, and always reference the assigned case number. Any communication directed to the court should be in the form of a motion or other pleading and not a letter.

Finally, you are advised that you have a continuing obligation to keep this office informed of any change in your address. The Court will not independently investigate your whereabouts. You must notify the Court in writing of your new address within 7 days after a transfer or other change in address occurs. Failure to do so may result in dismissal of this action for want of prosecution.

Very truly yours,

*s/ Jo Ann Juengel*  
Deputy Clerk

PS-10  
Rev. 4/12