(A SECURITY — of — Title 15 USC)
7013263000009561412

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF ILLINOIS

ANTHONY SINGLETON,
        Petitioner,

            Case No.   14-1430-DRH

v.

JEFFREY S. WALTON, et al,
        Respondents,

FILED
FEB 19 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

NOTICE OF INTEREST
IN
OATH OF OFFICE AND ASSOCIATED BONDING
Pursuant to Title 26 USCS §6323.(b)(1)(B),(f)(B)

This instrument shall serve as notice of constructive interest in the official Oath of Office of **DAVID R. HEARNDON,** and all relative requisite U.S. Treasury bonding on file with the Clerk for the above captioned case, utilized for the establishment of commercial transactional financing agreements which provide for establishment of designated settlement trusts and trustee appointments under U.S. Treasury Regulations in accordance with the regulatory provisions of Title 26 CFR §1.468B1(c)(2)(ii), pursuant to Title 26 USCS §6323.(b)(1)(B),(f)(B).

And hereby refiles with the Clerk of the Court the attached **NOTICE OF ACCEPTANCE OF OFFICIAL'S OATH OF OFFICE,** caused to be filed with the Clerk on January 9th, 2015, and provided notice of acceptance of the oath as guaranty to uphold the governmental obligation to provide judicial relief from obstructions of federal tax payments and transactional reporting, and unlawful confiscations, disclosures, and inspections of return information by federal employees, i.e., (Federal Bureau of Prisons, U.S. Attorney's Office), in violation of Title 26 USCS §6103.(a)(1), §7206.(5)(B), and relative statutes. Taxpayer specifically seeking for district court to enjoin federal employees from criminal obstructions of the administration of the internal revenue laws. However, Taxpayer has been intentionally refused protection from the Office of **DAVID R. HEARNDON,** dba, United States District Court Judge, SDIL, in defiance of the Oath of Office acceptance guaranty to uphold the prohibitive statutes of the Internal Revenue Code, in violation of Title 26 USCS §7214.(a)(3),(4),(5),(6),(8).

Dated; February 13, 2015             By _____
                                                                                       Authorized Representative

(A SECURITY——————— Title 15 USC)
70132630000009560842

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF ILLINOIS

ANTHONY SINGLETON,
        Petitioner,

v.

JEFFREY S. WALTON,
FEDERAL BUREAU OF PRISONS, et al,
        Respondent,

Case No. 14-1430 DRH

**RECEIVED**
JAN 0 9 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

NOTICE OF ACCEPTANCE
OF
OFFICIAL'S OATH OF OFFICE
Pursuant to Title 26 USCS §6323.(b)(1)(B), (f)(B)

    This instrument shall serve as actual and constructive notice of acceptance of the Oath of Office of DAVID R. HERNDON, as guaranty to uphold the governmental obligation to provide judicial relief for violation(s) of the Internal Revenue Code by federal employees.

    Whereas, DAVID R. HERNDON, presides as official court administrator having jurisdiction to provide relief to taxpayer, ANTHONY SINGLETON HALL, who through the §2241 habeas corpus petition of ANTHONY SINGLETON, USM #94408-024, has petitioned this Court for an order which enjoins Federal Bureau of Prisons employees from continuous violations of Title 26 USCS §6103.(a)(1),(b)(2)(A)(D), §7206.(5)(B), §7213.(a)(1), §7213A.(a)(1)(A)(B), and order for violators to immediately return to taxpayer all Return Information and other tax related records confiscated under color of Federal Bureau of Prisons policy. As all such crimes have been reported by sworn affidavit under penalties of perjury to be true and correct, and taxpayer has no other plain or adequate remedy other than habeas corpus relief from custodians criminal actions.

    And whereas, should DAVID R. HERNDON, avoid or fails to perform the duty of his appointment to uphold the statutory rights of the taxpayer under the Internal Revenue Code constitutes violation of 26 USCS §7214.(a)(3),(6),

-1-

(A SECURITY ——————— Title 15 USC)
7013 2630 0000 0956 0842

and shall concomitantly establish the official Oath of Office of DAVID R. HERNDON, as guaranty for securing the damages sustained, in accordance with U.S. Treasury Regulations identified within Title 26 CFR §1.468B1(c)(2)(ii), for establishment of a Qualified Settlement Fund.

Wherefore, this instrument shall comport with the statutory provisions of Title 26 USCS §6323.(b)(1)(B), (f)(B) notice requirement to effect the Secretary of the Treasury's authority to collect an amount which satifies the funds to be borrowed on the damages sustained.

Executed on this 9th day of January, in the year 2015.

_____        _____
ANTHONY SINGLETON HALL                 DAVID R. HERNDON

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ANTHONY SINGLETON, | ] | Case No. 3:14-cv-1430-DRH |
| Petitioner, | ] | |
| | ] | |
| v. | ] | |
| | ] | |
| JEFFREY S. WALTON, et al, | ] | Certified Mail Number: |
| Respondent, | ] | 7013 2630 0000 0956 1412 |

CERTIFICATE OF SERVICE

I, Anthony Singleton-El, Authorized Representative of the Petitioner, certify under penalty of perjury of the laws of the United States, that I have caused the following documents; OPPORTUNITY TO CURE DEFAULT/ CONTRACTUAL NOTIFICATION, and NOTICE OF INTEREST IN OATH OF OFFICE AND ASSOCIATED BONDING, to be delivered to the Clerk of United States District Court for the Southern District of Illinois, 301 W. Main Street, Benton, IL 62812, by placing the aforementioned documents within a postage paid envelope with affixed postage for USPS Certified Mail and Return Receipt service with USP Marion Communications Management employees, on this 13th day of February, 2015, for filing in the above court.

By _____
Authorized Representative

ANTHONY SINGLETON #94408-024
United States Penitentiary Marion
Communications Management Unit
P.O. Box 1000
Marion, IL 62959

File Forwarding;

Mr. Jacob Lew, Secretary of Treasury
United States Department of the Treasury
1500 Pennsylvania Avenue NW
Washington, DC 20220



CERTIFIED MAIL

7013 2630 0000 0956 1412

⇔94408-024⇔
Clerk Of The Court
Federal Courthouse
301 W MAIN ST
Benton, IL 62812
United States

#94408-024
PENITENTIARY MARION
MANAGEMENT UNIT