UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF ILLINOIS

ANTHONY SINGLETON,
          Petitioner/Complainant,  ]
                                  ]

          v.                         ]

JEFFREY S. WALTON, et al.,
          Respondent/Defendant,   ]

_____]

INTERNAL REVENUE SERVICE, ex rel., ]
ANTHONY SINGLETON HALL,        ]
          Real Parties In Interest,  ]

          v.                         ]

DAVID R. HEARNDON,
          Third Party Defendant,   ]

Case Number 3:14-cv-01430-DRH

AFFIDAVIT OF CRIMINAL LIABILITY
Pursuant to Title 26 USCS Section
§7214.(a)(3),(4),(5),(6),(8), and
in accordance with Title 26 CFR
§1.468B-1(c)(2)(ii) provisions

County of Williamson )
                    )ss
State of Illinois    )

AFFIDAVIT/DECLARATION
of
Anthony Singleton-El

I, Anthony Singleton-El, the Undersigned registered principal of Taxpayer, ANTHONY SINGLETON HALL, aka, ANTHONY SINGLETON, and associated U.S. Treasury accounts, have submitted this affidavit of criminal complaint to comply with U.S. Treasury disbursement regulations in accordance with Title 26 CFR Section §1.468B-1(c)(2)(ii), for violation of Title 26 USCS §7214.(a)(3),(4),(5),(6),(8) by Third Party Defendant, DAVID HEARNDON, who presided over habeas corpus cause of action filed on behalf of person in custody in violation of the laws of the United States. Wherefore, this affidavit is being submitted to DAVID R. HEARNDON, before the Clerk of the Court, by Anthony Singleton-El, being competent to make this declaration upon firsthand knowledge of the facts, and declaring all of the facts stated are true and correct under penalty of perjury provisions identified within Title 26 USCS §7206.(1) of the Internal Revenue Code. And herewith this affidavit requires David R. Hearndon, to point by point rebut every statement of fact declared before the Clerk within (21) days of filing this affidavit.

## STATEMENT OF FACTS

1. That, a unlawful restraint petition was filed in the above Court on December 31, 2014, by ANTHONY SINGLETON, requesting relief from criminal violations of Title 26 USCS §6103.(a)(1); unlawful disclosures and examinations of return information by federal employees, and §7206.(5)(B); withholding internal revenue return information through unauthorized confiscations, and §7214.(a)(1); extortion and willful oppression under color of law, by an order of injunction against JEFFREY S. WALTON, and associated federal employees;

2. That, the matter of criminal violations of the Internal Revenue Code by the Respondent and associated federal employees was assigned to DAVID R. HEARNDON, dba, Chief Judge of the United States District Court for the Southern District of Illinois;

3. That, the Oath of Office of DAVID HEARNDON, and corresponding bonds filed with the Clerk of the United States District Court for the Southern District of Illinois was accepted for valuable consideration and guaranty that the Office would provide the Petitioner an adequate remedy from the criminal obstruction of federal tax payments and transactional reporting provisions promulgated with the Internal Revenue Code by Respondent and associated federal employees;

4. That, DAVID R. HEARNDON, was provided the affidavit of Anthony Singleton-El, along with written documents signed by the Respondent indicating internal revenue return information, Closing Agreements, U.S. Treasury securities, and other confidential correspondence relative to the payment and reporting of tax transactions were being confiscated by Respondent and associated federal employees;

5. That, DAVID R. HEARNDON, did know the criminal obstructions of the due administration of the Internal Revenue Code deprived the Petitioner of INTERNAL REVENUE SERVICE intervention through statutory closing of the designated settlement trust funding of Petitioner's illegal detention, remedied with provisions elucidated within Title 26 USCS §6325.(d)(1), and Title 28 USC §3206.;

6. That, **DAVID R. HEARNDON**, filed false statements indicating he did not know the relevance of return of capital and interest to the principal **INTERNAL REVENUE SERVICE**, translated into a closing of account and release of obligation, or that the actions of Respondent and associated federal employees reported with the petition constituted criminal activity and defrauding of the United States Treasury;

7. That, **DAVID R. HEARNDON**, dba, Chief Judge of United States District Court for the Southern District of Illinois, had a contractual duty to enjoin Respondent and associated federal employees from criminal confiscations of U.S. Treasury securities, Closing Agreements, and related return information, which is being seized by Respondents to obstruct payment of federal taxes and transactional reporting requirements promulgated with the Internal Revenue Code;

8. That, **DAVID R. HEARNDON**, dba, Chief Judge of United States District Court for the Southern District of Illinois, had knowledge by judicial notice that the Respondent, **JEFFREY S. WALTON**, and associated federal employees, i.e., (United States Attorney's Office SDIL), confiscated U.S. Treasury securities earmarked for payment to the **INTERNAL REVENUE SERVICE** for a closing of the designated settlement trust established with borrowed funds on the judgment entered in the United States District Court NDIL, under Case Number 03-CR-0175. And that the intentional withholding of the Treasury securities by **JEFFREY S. WALTON**, and associated federal employees constituted criminal obstruction of payment of federal taxes and the due administration of the internal revenue laws;

9. That, **DAVID R. HEARNDON**, had proof beyond a reasonable doubt that Respondent **JEFFREY S. WALTON**, and associated federal employees are currently engaged in a criminal scheme to defraud the **INTERNAL REVENUE SERVICE** of tax payments by the confiscations of Treasury securities, Closing Agreements, and other specialized instruments and Department of the Treasury correspondence intended for receipt by **ANTHONY SINGLETON #94408-024**, while in the custody of **JEFFREY S. WALTON**, dba, USP Marion Warden;

10. That, **DAVID R. HEARNDON**, has willfully and intentionally colluded with the Respondent **JEFFREY S. WALTON**, and associated federal employees to defraud the **INTERNAL REVENUE SERVICE**, of federal tax payments through confiscations of Closing Agreements, U.S. Treasury securities, and Department of the Treasury correspondence from **ANTHONY SINGLETON #94408-024**;

11. That, DAVID R. HEARNDON, willfully and intentionally violated Title 26 USCS §7214.(a)(3), while acting in connection with the internal revenue laws of the United States as Chief Judge of the United States District Court, did with intent to defeat the application of Title 26 USCS §6103.(a)(1), §7206.(5)(B), §7121.(a),(b), §6325.(a)(2), refused to order JEFFREY S. WALTON, and associated federal employees to return Closing Agreements, U.S. Treasury securities, and relative return information confiscated to prevent payment of federal taxes and associated transactional reporting requirements of the internal revenue laws;

12. That, DAVID R. HEARNDON, willfully and intentionally violated Title 26 USCS §7214.(a)(3), while acting in connection with the internal revenue laws of the United States as Chief Judge of the United States District Court, did with intent to defeat the application of Title 26 USCS §6103.(a)(1), §7206.(5)(B), §7121.(a),(b), §6325.(a)(2), refused to enjoin JEFFREY S. WALTON, and associated federal employees from unauthorized confiscations, disclosures, and examinations, of Closing Agreements, U.S. Treasury securities, and related return information when petitioned for relief by ANTHONY SINGLETON;

13. That, DAVID R. HEARNDON, willfully and intentionally colluded with federal employees of the Federal Bureau of Prisons, the United States Attorney's Office, and United States District Court Judge, ROBERT M. DOW, JR., to defraud the INTERNAL REVENUE SERVICE, defeat the application of the Internal Revenue Code, and willfully oppress and extort ANTHONY SINGLETON under color of law and Federal Bureau of Prisons policies, in violation of Title 26 USCS §7214.(a)(1),(3),(4),(6);

14. That, DAVID R. HEARNDON, refused to report in writing knowledge of violations of Title 26 USCS §6103.(a)(1), and §7206.(5)(B), to the Secretary of Treasury in violation of Title 26 USCS §7214.(a)(8);

15. That DAVID R. HEARNDON, voluntarily agreed to the contractual provisions of OPPORTUNITY TO CURE DEFAULT/ CONTRACTUAL NOTIFICATION, (A SECURITY----15 USC) 70132630000009561412, caused to be filed in the United States District Court for the Southern District of Illinois, and the amount assessed pursuant to Title 26 USCS §6321., as the registered obligation for DEFAULT under Case Number 3:14-cv-01430-DRH;

## CONCLUSION

**David R. Hearndon,** is hereby required to rebut this affidavit point by point under penalty of perjury provisions of Title 26 USCS §7206.(1), with documented proof of Department of the Treasury issued authorization provided to Federal Bureau of Prison employees, and or the United States Attorney's Office, to confiscate, withhold, or utilize U.S. Treasury securities, Closing Agreements, and relative Return Information belonging to **ANTHONY SINGLETON HALL,** within (21) calender days of the Clerk of the Court's receiving of this affidavit.

Failure to rebut this affidavit in the manner prescribed, with evidentiary proof of Department of the Treasury authorization to obstruct the payment of federal taxes and associated transactional reporting requirements within (21) calender days shall be deemed the admission of **DAVID R. HEARNDON,** has willfully and intentionally violated Title 26 USCS §7214.(a)(3),(4),(5),(6),(8), and the acceptance of liability for damages to the Taxpayer; **ANTHONY SINGLETON HALL,** registered with the Department of Justice under account; **TRT-NCR-2014-06233,** which shall be entered into the record by the Clerk of the Court under the contractual provisions of **DEFAULT JUDGMENT,** pursuant to Title 26 USCS §6321. and other appropiate provisions of law.

Executed on; **February 22, 2015**

By _____
    Anthony Singleton-El
    Authorized Representative of;
    **ANTHONY SINGLETON HALL**

    In Care Of;
    ANTHONY SINGLETON #94408-024
    United States Penitentiary Marion
    P.O. Box 1000
    Marion, IL  62959

Declared and sworn before me on **22nd** day of February 2015, under penalty of perjury provisions of 26 USCS §7206.(1), and 28 USC §1746.

Witness _____
        Jack Warren

Witness _____
        James Turner

Witness _____
        Scott Rendelman

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF ILLINOIS

ANTHONY SINGLETON,
        Petitioner/Complainant, ]

       v. ]

JEFFREY S. WALTON, et al., ]
        Respondent/Defendant, ]

INTERNAL REVENUE SERVICE, ex rel., ]
ANTHONY SINGLETON HALL, ]
        Real Parties in Interest, ]

       v. ]

DAVID R. HEARNDON, ]
        Third Party Defendant, ]

Case Number 3:14-cv-01430-DRH

CERTIFICATE OF FILING

USPS Certified Mailing Article No.
7013 2630 0000 0956 1405

## CERTIFICATE OF FILING

    I, the Undersigned filer and Authorized Representative of the Taxpayer entity **ANTHONY SINGLETON HALL**, certify under penalty of perjury of the laws of the United States, that I have caused to be filed in the United States District Court for the Southern District of Illinois, 301 W. Main Street, Benton, IL 62812, the foregoing **AFFIDAVIT/ DECLARATION** of Anthony Singleton-El, to be witnessed by the Clerk of the above Court for statutory compliance with U.S. Treasury Regulations disbursement provisions in accordance with Title 26 CFR §1.468B-1(c)(2)(ii), Settlement Fund establishment requisites, by causing said document to be delivered to the Clerk of the above Court via USPS Certified Article #7013 2630 0000 0956 1405, Return Receipt Requested, and forwarding to **DAVID R. HEARNDON**, dba, Chief Judge of United States District Court SDIL, on this __22nd__ day of February, 2015.

                                   Authorized Representative

In Care Of;
ANTHONY SINGLETON #94408-024
United States Penitentiary Marion
P.O. Box 1000
Marion, IL 62959