ANTHONY SINGLETON,   ]
    Petitioner/Complainant,   ]
                                        ]   Case Number 3:14-cv-01430-DRH
                                        ]
v.   ]
                                        ]
JEFFREY S. WALTON, et al.,   ]
    Respondent/Defendant,   ]   POWER OF ATTORNEY
                                        ]   (A SECURITY——— Title 15 USC)
_____]   70132630000009561566
                                        ]
INTERNAL REVENUE SERVICE, ex rel.,   ]
ANTHONY SINGLETON HALL,   ]
    Real Parties In Interest,   ]
                                        ]
v.   ]
                                        ]
DAVID R. HEARNDON,   ]
    Third Party Defendant,   ]
                                        ]

---

## NOTICE
## of
## IRREVOCABLE POWER OF ATTORNEY

   I, David R. Hearndon, before the Clerk of the above Court, hereby authorize Anthony Singleton-El, Authorized Representative of ANTHONY SINGLETON HALL, of* 18781 Castle Dargan Drive, Country Club Hills, Illinois, [near 60478], as my attorney in fact concerning all matters arising in this case not constituting the practice of law, with full power of substitution to act in my stead with respect to supervisory responsibilities and control of federal funds acquired under the settlement agreement, and to initiate any covered transaction which is found to be determined by the registration of debt in this case, including issuing any orders to the Clerk necessary to fulfill the intent of the settlement agreement identified with the contractual notification filed in the above case on February 19, 2015, and in general perform any act not constituting the practice of law in U.S. District Court SDIL, Case Number 3:14-cv-01430-DRH, which shall include; signing and endorsing any document; distributing any funds; approving the issuance of any warrants of attachment on all property and legal and equitable rights in all property held in the name of DAVID R. HEARNDON, or belonging to DAVID R. HEARNDON, and his sureties, or either of them, or otherwise utilize any property in any manner to carry out the intent of the settlement agreement; and to assign;, or convey, or transfer, or release any property maintained in the name of DAVID R. HEARNDON, which shall include the original bonds issued by the United States in the name of U.S. District Court Judge, DAVID R. HEARNDON; and authorize the attorney in fact or the entity ANTHONY SINGLETON HALL, to convey, transfer, or release any property defined herein to the Secretary of Treasury or the Federal Reserve Bank, including release of rights in U.S. bonding for assignment and any additional right for the Secretary or Federal Reserve Bank

to negotiate and recover any settlement agreement funds advanced with the bonds assigned by the attorney in fact or the entity **ANTHONY SINGLETON HALL**, and shall be in addition to any Department of the Treasury remedies on account of default.

This power of attorney shall hold harmless Anthony Singleton-El, and taxpayor entity **ANTHONY SINGLETON HALL**, for any act or action taken to enforce the settlement agreement identified with the contractual notification filed in this Court on February 19, 2015, and is coupled with a security interest which is irrevocable, and cannot be terminated by any operation of law, or by myself, or any attorney of the United States without the express written consent of **Anthony Singleton-El**, and upon complete satisfaction of the settlement agreement which satisfys the damage to **ANTHONY SINGLETON HALL**, and liability to the **Internal Revenue Service, Department of the Treasury**, and the **Federal Reserve Bank**, on account of Treasury Tax & Loan program participation which the attorney in fact is authorized to initiate on my behalf. Wherein, I **David R. Hearndon, U.S. District Court Judge**, am herewith this irrevocable power of attorney am ratifying and confirming any and all acts done in my name and public title as principal in U.S. District Court SDIL, Case Number 3:14-cv-01430-DRH, pursuant to the contract of law established in the above entitled case, with my authorized signature below.

_____
DAVID R. HEARNDON

U.S. District Court Judge